NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VISKASE COMPANIES, INC.,**
*Plaintiff-Appellee,*

v.

**WORLD PAC INTERNATIONAL AG, WORLD PAC INTERNATIONAL USA, AND SUN PRODUCTS MARKETING UND MANUFACTURING AG,**
*Defendants-Appellants.*

---

2011-1256

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 09-CV-5022, Judge Elaine E. Bucklo.

---

## ON MOTION

---

## ORDER

World Pac International AG, et al., move without opposition for a 24-day extension of time, until November 21, 2011 to file their reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 1 7 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Bradford P. Lyerla, Esq.
Gary A. Rosen, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 1 7 2011**

**JAN HORBALY**
**CLERK**